RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
ALEXANDRIA, LOUISIANA
DATE 2/9/11
BY ___

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

GREGORY HERNANDEZ JERNIGAN
DOC #335977

DOCKET NO. 10-cv-154; SEC. P

VERSUS

JUDGE JAMES T. TRIMBLE

RIVER CORRECTIONAL CENTER
STAFF, ET AL.

MAGISTRATE JUDGE JAMES D. KIRK

## J U D G M E N T

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** that Plaintiff's complaint is **DENIED** and **DISMISSED WITH PREJUDICE** for failing to state a claim for which relief can be granted under 28 U.S.C. §1915(e)(2)(B).

THUS DONE AND SIGNED at _Alexandria_, Louisiana, this 8th day of _February_, 2011.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE